# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated,<br><br> *Plaintiff,*<br><br>v.<br><br>GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual,<br><br> *Defendants.* | Case No. 1:18-cv-1465 |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

 Donald J. Angelini, Jr., counsel for the Defendants, GLV, Inc., Ricky Butler, and Cheryl Butler, moves the Court for leave to withdraw as counsel of record for all Defendants. In support of this Motion, Mr. Angelini represents to the Court that a conflict of interest exists which prevents Mr. Angelini from continuing to represent the Defendants. Accordingly, Donald J. Angelini, Jr. respectfully requests that he be granted leave to withdraw as counsel of record for Defendants, GLV, Inc., Ricky Butler, and Cheryl Butler.

 The granting of this Motion to Withdraw will not jeopardize the rights of the Defendants. Defendants will remain represented by Danielle D'Ambrose, who is not conflicted, and will continue to represent all of the Defendants in this matter. Further, Ms. D'Ambrose has been admitted to the Federal Trial Bar and, as such, she has the ability to replace Donald J. Angelini, Jr. as lead trial counsel. Moreover, the Defendants have been informed of the nature of Donald J. Angelini, Jr.'s conflict, and are desirous to move forward with Danielle D'Ambrose as lead counsel.

For the foregoing reasons, Donald J. Angelini respectfully requests this Court grant this Motion to Withdraw as Counsel of Record, grant leave for Danielle D'Ambrose to file her Amended Appearance replacing Mr. Angelini as lead counsel, and for any further relief as this Court deems just and proper.

Date: April 27, 2018

                                              Respectfully Submitted,
                                              GLV, INC., RICK BUTLER, and
                                              CHERYL BUTLER

                                    By: */s/ Donald J. Angelini, Jr.*
                                              One of Their Attorneys

Donald J. Angelini, Jr.
*Dangelini@amwolawil.com*
Danielle D'Ambrose
*Ddambrose@amwolawil.com*
ANGELINI & ORI, LLC
155 North Michigan Ave., Suite 400
Chicago, Illinois 60601
T: (312) 621-0000
F: (312) 621-0001

*Attorneys for Defendants*