## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

LAURA MULLEN, individually and on
behalf of all others similarly situated,

                    *Plaintiff,*

v.

GLV, INC., d/b/a SPORTS
PERFORMANCE VOLLEYBALL CLUB
and GREAT LAKES CENTER, an Illinois
corporation, RICKY BUTLER, an individual,
and CHERYL BUTLER, an individual,

                    *Defendants.*

Case No. 18-cv-1465

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)

Defendants GLV, Inc. d/b.a. Sports Performance Volleyball Club and Great Lakes Center ("GLV"), Rick Butler ("Rick"), and Cheryl Butler ("Cheryl"), through their attorney, Danielle D'Ambrose of Angelini & Ori, LLC, file this Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants jointly and severally request that the causes of action against them, respectively, be dismissed for the reasons set forth below:

1.      On February 27, 2018, Plaintiff filed her Complaint in this action.

2.      The six-count Complaint filed against the Defendants, brought pursuant to the Illinois Physical Fitness Services Act, 815 ILCS 645/1 *et seq.* (Count I and Count II), the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq.* (Count III), common law fraud (Count IV), common law fraudulent concealment (Count V), and unjust enrichment (Count VI), alleges that the Defendants have misrepresented or intentionally omitted allegations of sexual abuse made against Rick Butler regarding conduct that allegedly took place in the 1980s. Compl. ¶ 3.

3.      The Complaint unsuccessfully attempts to establish that general, subjective statements, allegedly made by Defendants between 2012-2017, regarding the program's safety, quality of coaches, and superiority to its competitors were material misrepresentations of fact and part of a coordinated systematic concealment of the allegations by Defendants.

4.      As set forth more fully in the Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), filed concurrently herewith and incorporated as if fully set forth herein, each count in the Complaint should be dismissed for failure to state a claim upon which relief may be granted.

WHEREFORE, Defendants respectfully request that this Court enter an Order dismissing Plaintiff's Complaint in its entirety with prejudice and granting any other relief that this Court deems just and proper.

Date: May 14, 2018

Respectfully Submitted,
GLV, INC., RICK BUTLER, and
CHERYL BUTLER

By: */s/ Danielle D'Ambrose*
One of Their Attorneys

Danielle D'Ambrose
*Ddambrose@amwolawil.com*
ANGELINI & ORI, LLC
155 North Michigan Ave., Suite 400
Chicago, Illinois  60601
T: (312) 621-0000
F: (312) 621-0001

*Attorney for Defendants*