IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual,<br><br>    *Defendants.* | Case No. 1:18-cv-1465 |

## NOTICE OF SERVICE

TO: *See Attached Service List*

Please take notice that on June 18, 2018, Defendants, through their attorney Danielle D'Ambrose of Angelini & Ori, LLC, served upon you the following documents:

1. Defendant GLV, Inc. d/b.a. Sports Performance Volleyball Club and Great Lakes Center's Answers to Plaintiff's First Set of Interrogatories;

2. Defendant Rick Butler's Answers to Plaintiff's First Set of Interrogatories;

3. Defendant Cheryl Butler's Answers to Plaintiff's First Set of Interrogatories; and

4. Defendants' Response to Plaintiff's First Set of Requests to Produce Documents and Things.

                                                                                            */s/Danielle D'Ambrose*
                                                                                              Attorney for Defendants

Danielle D'Ambrose
*Ddambrose@amwolawil.com*
ANGELINI & ORI, LLC
155 North Michigan Ave., Suite 400
Chicago, Illinois 60601
T: (312) 621-0000
F: (312) 621-0001

## CERTIFICATE OF DELIVERY

The undersigned, an attorney, certifies that she served the above Notice of Service, together with a copy of Documents Referenced in Defendants' Answer to Plaintiff's Interrogatory No. 1, by causing a true and accurate copy of such to be transmitted via email to all counsel of record identified on the attached Service List on June 18, 2018 before 5:00 p.m.

/s/Danielle D'Ambrose

**SERVICE LIST**

Jay Edelson
*jedelson@edelson.com*
Eve-Lynn J. Rapp
*erapp@edelson.com*
Christopher Dore
*cdore@edelson.com*
Alfred K. Murray II
*amurray@edelson.com*
Sydney Janzen
*sjanzen@edelson.com*
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378