# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Laura Mullen
                Plaintiff,

v.                                       Case No.: 1:18–cv–01465
                                              Honorable Matthew F. Kennelly

GLV, Inc, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants have filed an answer that contains 34 purported "affirmative defenses." Many of these are not, in fact, affirmative defenses, but instead are denials of elements plaintiffs may be required to prove, or are contentions against certification of a class. The following "affirmative defenses" are stricken on this basis: 4, 6, 8, 12, 13, 14, 15 (second sentence only) 16, 18, 19, 20, 26, 31, and 32. In addition, many of the claimed "affirmative defenses" are essentially legal conclusions that are insufficiently pleaded under Federal Rule of Civil Procedure 8. The following "affirmative defenses" are stricken on this basis, with leave to amend within 14 days of this order: 1 (estoppel), 3 (res judicata / collateral estoppel), 10 (ripeness), 11 (real party in interest), 15 (first sentence only; limitations, laches, estoppel, unclean hands, ratification, waiver); 17 (setoff), 21 (damages caused by plaintiff's actions), 22 (damages caused by actions of others), 23 (release / accord and satisfaction), 30 (justification). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.