**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual,<br><br>*Defendants.* | Case No. 18-cv-1465<br><br>Honorable Matthew F. Kennelly |

**MOTION TO AMEND *EXHIBIT A* OF DEFENDANTS'
RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION
AND MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION**

Defendants GLV, Inc., ("GLV") Ricky Butler ("Rick"), and Cheryl Butler ("Cheryl") by and through their counsel, Angelini & Ori, LLC, respectfully request that this Court enter an Order placing *Exhibit A* of Defendants' Response to Plaintiff's Motion in Support of Class Certification under seal and allowing Defendants to refile their Response with the attached amended and redacted *Exhibit A*, and in support thereof, state as follows:

1. On Friday, October 26, 2018, Defendants filed their Response to Plaintiff's Motion in Support of Class Certification with fifteen (15) exhibits attached thereto, namely, *Exhibit A – Exhibit O*.

2. On Tuesday, October 30, 2018, counsel for Defendants was preparing a hard copy of Defendants' Response to be bound and delivered to this Honorable Court when she noticed that a draft version of *Exhibit A* was inadvertently filed with Defendants' Response instead of the full redacted version that was prepared for filing.

1

3. The inadvertently-filed draft *Exhibit A* was not redacted, and was also missing 34 of the 674 total pages which were part of the final version of *Exhibit A* that counsel had previously prepared for filing.

4. Counsel for Defendants believes that in the course of saving and renaming the exhibits which were to be filed with the Response, a draft of *Exhibit A* was inadvertently saved in the folder containing the final drafts, and the final version of *Exhibit A* was inadvertently saved in the draft folder. Therefore, counsel for Defendants filed the draft exhibit rather than the final copy.

5. Defendants respectfully request this Court place the unredacted *Exhibit A* under seal and allow Defendants to refile their Response with the redacted, full version of *Exhibit A*.

6. Plaintiff will not be prejudiced by this Honorable Court granting the Defendants' Motion, as each and every document which makes up the 34 missing pages was previously produced to Plaintiff in May of 2018 in response to Plaintiff's Interrogatory No. 1. Furthermore, the Court has not yet set a deadline for Plaintiff to file her Reply and will likely not do so until November 5, 2018, which is a previously-scheduled status hearing and the date upon which this Motion will be presented to the Court.

For all of the foregoing reasons, Defendants respectfully request that this Court enter an Order placing Defendants' *Exhibit A* of their Response to Plaintiff's Motion in Support of Class Certification under seal, allowing Defendants to refile their Response with the attached amended and redacted *Exhibit A*, and granting any other relief that this Court deems just and proper.

Date: October 30, 2018

                                                    Respectfully Submitted,
                                                    GLV, INC., RICK BUTLER, and
                                                    CHERYL BUTLER

                                            By: */s/ Danielle D'Ambrose*
                                                 One of Their Attorneys

Danielle D'Ambrose
D'AMBROSE P.C.
500 North Michigan Avenue, Suite 600
Chicago, IL 60611
P: (312) 6396-4121 | F: (312) 574-0924
Danielle@DambrosePC.com
ARDC No. 6323782

*Attorney for Defendants*

## CERTIFICATE OF DELIVERY

The undersigned, an attorney, certifies that pursuant to Section X (E) of the General Order on Electronic Case Filing for the Northern District of Illinois, service of the above and foregoing document on all attorneys of record was accomplished through the Court's Electronic Notice for Registrants on October 30, 2018.

                                                                              */s/ Danielle D'Ambrose*