# Exhibit F

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

*Mullen v. GLV, Inc. d/b/a Sports Performance Volleyball Club, Rick Butler, and Cheryl Butler*
Case No. 1:18-cv-01465

**IF YOU PAID MONEY TO GLV, INC. D/B/A SPORTS PERFORMANCE VOLLEYBALL CLUB FOR YOUTH VOLLEYBALL INSTRUCTION THROUGH THE SPORTS PERFORMANCE VOLLEYBALL PROGRAM IN ILLINOIS FROM FEBRUARY 27, 2013 AND JANUARY 10, 2018, A CLASS ACTION LAWSUIT MAY AFFECT YOUR RIGHTS.**

## NOTICE OF CLASS ACTION

*A Federal Court authorized this notice. You are <u>not</u> being sued. This is <u>not</u> a solicitation from a lawyer.*

- A lawsuit has been filed against GLV, Inc. d/b/a Sports Performance Volleyball Club, Rick Butler, and Cheryl Butler ("Defendants"). The lawsuit alleges that Rick Butler sexually abused female volleyball players in the 1980s and claims that Defendants concealed and failed to disclose those allegations in violation of the law. The lawsuit does *not* allege that Plaintiff, her daughters, or any member of the class was ever sexually abused by Rick Butler, but that she and members of the Class were defrauded by the Defendants' omissions. Defendants strongly deny the allegations of abuse and further deny that they violated any law. The lawsuit is called *Mullen v. GLV, Inc., et al.*, No. 1:18-cv-01465, and is in the U.S. District Court for the Northern District of Illinois.

- The Court decided this lawsuit is allowed to proceed as a class action on behalf of any individual who paid money to Defendants for youth volleyball instruction through the Sports Performance program (TBD) provided by or through GLV, Inc. in the State of Illinois between February 27, 2013 and January 10, 2018.

- The Court has not decided whether Defendants did anything wrong. There is no money available now, and no guarantee that there will be any money in the future. If you are a Class Member, your legal rights are affected and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT: | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br><br>By doing nothing, you will be bound by all orders and rulings of the Court and/or jury. You will automatically keep the possibility of getting money or benefits that may come from a trial or settlement. But, you give up any rights to separately sue Defendants about the matters involved in this lawsuit. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit. Get no Benefits from the Suit. Keep rights.**<br><br>If you ask to be excluded and money benefits are later awarded, you won't share in those. But, you keep any rights to separately sue Defendants about the same matters in this lawsuit. |

- Your rights and options are explained in this Notice. **To ask to be excluded, you must act before [date].** To remain a part of the lawsuit as a Class Member, you do not need to do anything now.

- Plaintiff's lawyers must prove the claims against Defendants unless this case is dismissed, resolved by motions, or settled before trial. If money or benefits are obtained from Defendants, you will be notified about how to potentially receive a share.

## BASIC INFORMATION

### 1. Why was this Notice issued?

The Court authorized this Notice to explain that the Court has allowed, or "certified," a class action lawsuit that may affect you. You have legal rights and options that you may exercise in this case, as described below. Judge Matthew F. Kennelly of the United States District Court for the Northern District of Illinois is overseeing this class action. The lawsuit is known as *Mullen v. GLV, Inc. d/b/a Sports Performance Volleyball Club, Rick Butler, and Cheryl Butler*, No. 1:18-cv-01465 (N.D. Ill.).

### 2. What is this lawsuit about?

This is a lawsuit seeking money damages based on common law and Illinois statutory law theories. The lawsuit alleges that in the 1980s, Rick Butler sexually abused female volleyball players who played for Sports Performance Volleyball Club, which the Defendants strongly deny. The Class Representative, Laura Mullen, had two daughters in the Sports Performance Program between 2011-2017. Mullen does *not* claim that she, her daughters, or anyone in the class was abused. The lawsuit claims that the Defendants had a legal duty to disclose to her the details of the alleged sexual abuse from the 1980s and that Defendants violated the law when they failed to do so. Mullen is suing to recover fees paid to Defendants based on her claim that, had she been informed of the allegations, she would not have allowed her daughters to play for Sports Performance. Defendants further deny any wrongdoing or that they violated any law in any way. The Court has not decided who is right. If the case is not resolved through legal motions or settled, the Plaintiff will have to prove these claims at a trial.

### 3. What is a class action and who is involved?

In a class action, a person called the "Class Representative" (in this case, Laura Mullen) sues on behalf of a group of people who may have similar claims. The people together are a "Class" or "Class Members." The individual who sues is called the Plaintiff. The company or persons she sues (in this case, GLV, Inc., Rick Butler, and Cheryl Butler) are called the Defendants. In a class action, the Court resolves the issues for all Class Members, except for those who exclude themselves from the Class. Unless you take action to exclude yourself from this lawsuit, you will be considered a Class Member and a party to this litigation.

### 4. Why is this lawsuit a class action?

The Court decided that this lawsuit can be a class action because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. More information about why the Court is allowing this lawsuit to be a class action is in the Court's Order granting Class Certification, which is available in the "Court Documents" section of the Website.

### 5. Has the Court decided who is right?

No. The Court has not decided whether the Plaintiff or Defendants are right. By giving the case class action status and issuing this Notice, the Court is not suggesting who will win or lose in this case. Unless the case settles, Plaintiff must prove her claims at trial or through legal motions to recover money.

### 6. What is the Plaintiff asking for?

Plaintiff is asking the Court to void all contracts, both past and current, between Class Members and Defendants. Plaintiff is also asking the Court to enter an order prohibiting Rick and Cheryl Butler from having further involvement in any GLV program and an order requiring Defendant GLV to cease the allegedly unfair and deceptive practices. Plaintiff is also seeking reimbursement of the fees paid to Defendants, asking the Court to award each Class Member monetary and punitive damages in an amount to be determined at trial. Defendants deny that Plaintiff and the Class Members are entitled to any damages or other relief.

## 7. Is there any money available now?

No money or benefits are available now because the Court has not decided whether Defendants did anything wrong, and the two sides have not settled the case. There is no guarantee that money or benefits will ever be obtained. If they are, you will be notified about how to receive a share.

## WHO IS IN THE CLASS?

You need to determine whether you are affected by this lawsuit.

## 8. Am I a part of the Class?

The Court certified a Class, defined as "all individuals who paid money to the defendants for youth volleyball instruction through the Sports Performance program provided by or through GLV Inc. in the State of Illinois between February 27, 2013 and January 10, 2018." If you fit this definition, you are a Class Member. (TBD)

## YOUR RIGHTS AND OPTIONS

**You have a choice about whether to remain in this lawsuit or ask to be excluded, and you have to decide this now.**

## 9. What happens if I do nothing at all?

By doing nothing, you are staying in the lawsuit. If you stay in the lawsuit you will be legally bound by all of the Orders the Court issues and judgments the Court makes in this class action. If the Plaintiff obtains money or benefits, either as a result of any trial or settlement, you will be notified about how to receive a share. Keep in mind that if you do nothing and remain a Class Member, regardless of whether the Plaintiff wins or loses the legal motions or trial, you will not be able to separately sue, or continue to separately sue Defendants—as part of any other lawsuit—about the same issues in this lawsuit.

## 10. Why would I ask to be excluded?

If you do not want to be a part of this lawsuit, or if you want to pursue your own lawsuit against Defendants for the same conduct at issue in this case, you may wish to exclude yourself from this lawsuit. If you exclude yourself—which is sometimes called "opting-out" of the Class—you won't get any money or benefits from this lawsuit if any are awarded or obtained as a result of the trial, legal motions, or from any settlement (if this case is settled). However, you may be able to separately start your own lawsuit against, or continue to separately sue Defendants for the same conduct at issue in this case. If you exclude yourself, you will not be legally bound by the Court's judgments in this class action.

If you start your own lawsuit against Defendants after you exclude yourself, you'll have to hire and pay your own lawyer for that lawsuit, and you'll have to prove your claims. If you exclude yourself so you can start or continue your own lawsuit against Defendants, you should talk to your lawyer soon, because your claims may be subject to a statute of limitations or other deadline.

## 11. How do I ask the Court to exclude me from the Class?

To exclude yourself from the Class, you must e-mail or mail your request for exclusion stating that you want to be excluded from *Mullen v. GLV, Inc., et al.*, No. 1:18-cv-01465 (N.D. Ill.). Your letter or request for exclusion should include your full name, address, email address, and telephone number. No "mass" or "class" opt outs will be permitted. You must e-mail, mail, or otherwise deliver your exclusion request no later than [date], to:

Sports Performance Class Action Administrator

[address]

You may have an additional opportunity to exclude yourself from the lawsuit if the parties agree to a settlement at a later date.

## THE LAWYERS REPRESENTING THE PARTIES

### 12. Who represents me in this case?

The Court has appointed a Jay Edelson, Eve-Lynn J. Rapp, Christopher L. Dore, Alfred K. Murray II, and Sydney M. Janzen from the law firm of Edelson PC to represent the Class. They are called "Class Counsel" and are experienced in handling class action cases. More information about these lawyers, Edelson PC, and their experience is available at www.edelson.com.

The Court also appointed Laura Mullen as the "Class Representative." Ms. Mullen had two daughters that participated in Defendants' Sports performance program.

### 13. Who represents the Defendants?

Danielle D'Ambrose of D'Ambrose P.C. is representing the Defendants in this matter. More information about Danielle D'Ambrose and D'Ambrose P.C. is available at www.DambrosePC.com.

### 14. Should I get my own lawyer?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. If you want to hire your own lawyer, you certainly can, but you will have to pay that lawyer yourself. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

### 15. Do I have to pay Class Counsel?

The Court has appointed lawyers from the law firm Edelson PC to represent you as "Class Counsel." You do not have to pay Class Counsel or anyone else to participate

## THE TRIAL

### 16. How and when will the Court decide who is right?

Class Counsel will have to prove the Plaintiff's claims at a trial unless the case is not decided through legal motions or settled. Any trial will be heard at the Everett McKinley Dirksen United States Courthouse, Room #2103, 219 S. Dearborn St., Chicago, Illinois 60605. A trial date is not yet scheduled, but when it is it will be posted on this website. During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about whether the Plaintiff or Defendants are right about the claims in the lawsuit. There is no guarantee that the Plaintiff will win or that she will get any money for the Class.

### 17. Do I have to come to the trial?

You do not need to attend the trial. Class Counsel will present the case for the Plaintiff and Defendants' counsel will present Defendants' defenses. You or your own lawyer are welcome to come at your own expense.

### 18. Will I get money after the trial?

If the Plaintiff obtains money or benefits as a result of the trial or a settlement, you will be notified about how to receive a share. Currently, we do not know if any benefits will be available or how long this process will take.

## GETTING MORE INFORMATION

**19. Where do I get more information?**

The website www.SportsPerformanceLawsuit.com contains several Court Documents, including Plaintiff's Complaint, Defendants' Answer and Affirmative Defenses, and relevant Court decisions. It will be updated with the most current information about the lawsuit as it becomes available. You may also write with questions to Sports Performance Class Action Administrator, [address] or call them at [phone number]. You can also call Class Counsel at (312) 589-6370, if you have any questions. Before doing so, however, please read this full Notice carefully.

By Order of the Court Dated: [Date]