**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated, | Case No. 1:18-cv-1465 |
| *Plaintiff*, | The Honorable Matthew F. Kennelly |
| v. | |
| GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual, | |
| *Defendants*. | |

## PLAINTIFF'S NOTICE REGARDING CLASS NOTICE

Plaintiff Laura Mullen and Class Counsel are filing this notice to advise the Court about potentially improper interference with the Court-ordered notice plan:

1. On March 19, 2019, the Class Administrator published the class-dedicated website at 9:21 a.m. CST, and sent class notice via e-mail in two waves later that day beginning at 12:02 p.m. CST.

2. That same day, an anonymous Facebook page entitled "Parents Against the Sports Performance Class Action Lawsuit," https://www.facebook.com/pg/NoSPVBLawSuit/ community/ (the "Facebook Page"), was erected with the stated purpose of encouraging class members to fill out an opt-out form that is linked to the page. *See* Exhibit 1.[1]

---

[1] Plaintiff has subpoenaed Facebook, Inc. for information regarding the Facebook Page, and sent Requests for Production to Defendants and their counsel regarding same. If facts are subsequently discovered to show Defendants or their counsel were involved in coordinating the Facebook Page and the misinformation contained therein, Plaintiff will file a motion requesting appropriate relief from the Court.

3.     As noted above, the Facebook Page links to an opt-out form—similar to the one that Defendants unsuccessfully campaigned for in their motion to amend class notice (*see* dkt. 112-1)—that is a Google Doc located at https://facebook.com/pg/NoSPVBLawSuit/posts/?ref= page_internal&mt_nav=0 (the "Opt-Out Form".) *See* Exhibit 2.

4.     The Google Doc with the Opt-Out Form was created by a person using Gmail account spribotcte@gmail.com around the same time the Facebook page was posted. "SPRI" is a what Sports Performance refers to itself as on social media and "CTE" is a term Sports Performance uses to refer to specific volleyball teams in its programs.

5.     At least seven (7) current Sports Performance coaches (including some who will be witnesses in this litigation and Defendant GLV's Vice President of Operations) have "liked" or "followed" the Facebook Page. When a person "likes" or "follows" a Facebook group page like the one created here, the fact that the page was "liked" or "followed" is publicly displayed on that person's Facebook page.

6.     Additionally, the same day the Court-approved notice was sent to the class by the administrator, an organized effort began to email and/or text former players and class member parents to encourage them to visit the Facebook Page and to otherwise request to be excluded from the class. Some communications to class members are falsely telling the recipients that if 100 people opt out of the class that the lawsuit will go away. It is unclear how the supporters of the Butlers who are sending these messages obtained the email addresses and phone numbers for class members.

7.     Finally, a different volleyball club sent an email to its members that incorrectly referenced the class definition in the complaint (which included those who had attended GLV camps), but included a link to the class notice providing the correct information. In response,

Defendants (through their counsel, Ms. D'Ambrose) sent the club a cease-and-desist letter on the premise that inaccurate communications—even by third parties unassociated with the litigants—improperly interferes with the Court-ordered notice.

8.      Class Counsel are continuing to monitor the situation and will inform the Court if any further interference is discovered or determined to be perpetrated by Defendants or their counsel.

Respectfully submitted,

**LAURA MULLEN,** individually and on behalf of the class of similarly situated individuals,

Dated: March 27, 2019                 By: /s/ Sydney M. Janzen
                                                        One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Eve-Lynn J. Rapp
erapp@edelson.com
Christopher L. Dore
cdore@edelson.com
Alfred K. Murray II
amurray@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I, Sydney M. Janzen, an attorney, hereby certify that on March 27, 2019, I caused to be served the above and foregoing ***Plaintiff's Notice Regarding Class Notice*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Sydney M. Janzen