## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Laura Mullen

                Plaintiff,

v.

                Case No.: 1:18−cv−01465
                Honorable Matthew F. Kennelly

GLV, Inc, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 4/16/2019. Motion to compel [119] is entered and continued; amended answer to be provided by 4/23/2019. Motion for entry of confidentiality order [121] is granted as modified in open court. Motion to strike [125] is denied for reasons stated in open court; the 4/23/2019 motion hearing is vacated. Status hearing set for 5/8/2019 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.