# Exhibit A

From: **Pamela Sackmann** <pamela.sackmann@gmail.com>
Date: Thu, Apr 18, 2019 at 2:39 PM
Subject: Re: SPVB Class Action Lawsuit
To: troy gilb <troy@greatlakescenter.com>

Hi.  We received a letter for both Luke and Kendall, and sent one response letter opting both of them out of the lawsuit.  Should I expect some form of confirmation verifying that our letter was received?  I sent our letter almost 3 weeks ago, and it is bothering me that the deadline is tomorrow and I don't have any proof that we don't want to be included.   I thought since they were trying to rope everyone in, even if we didn't ask to be included, they might at least acknowledge receipt of our request.  The frustration is in no way directed at you or Sports Performance- I'm sorry you guys are dealing with this.  I just want to make sure we are not included.  Thank you.

On Wed, Mar 20, 2019 at 5:08 PM troy gilb <troy@greatlakescenter.com> wrote:
> Dear SPVB Boys Parents & Players,
>
> If you haven't already, you will probably be receiving a notice of a class action lawsuit against Sports Performance Volleyball/GLV Inc. and Rick & Cheryl Butler. Because your son played in the Sports Performance Volleyball program between the years of 2013 & 2018 it is important that you understand you are now a part of the lawsuit as a member of the class.
>
> After receiving the notice of the class action lawsuit, you can choose do nothing and you will remain as a member of the class and a plaintiff in the lawsuit against Sports Performance/GLV Inc. and Rick & Cheryl Butler.
>
> If you choose to not be part of the lawsuit against Sports Performance/GLV Inc. and Rick & Cheryl Butler you must send a letter to the class administrator before April 19th, 2019 and tell them you want to opt out and have your name removed from the lawsuit.
>
> More information on how to proceed is included in your notice from the class administrator.
>
> Regards,
>
> [Quoted text hidden]

*Def. Motion for Clarification,*   2

From: **Alexis** <alexis.alles@hotmail.com>
Date: Sun, Apr 14, 2019 at 10:48 AM
Subject: Re: SPVB Class Action Lawsuit
To: troy gilb <troy@greatlakescenter.com>

Hi Troy,

I never received an email from the class administrator regarding this lawsuit. We would like to opt out but not sure how to go about doing so.

Thank you for any help or information you may have!

Alexis Alles

Get Outlook for iOS

---

**From:** troy gilb <troy@greatlakescenter.com>
**Sent:** Wednesday, March 20, 2019 5:08:20 PM
**To:** troy gilb
**Subject:** SPVB Class Action Lawsuit

**Dear SPVB Boys Parents & Players,**

If you haven't already, you will probably be receiving a notice of a class action lawsuit against Sports Performance Volleyball/GLV Inc. and Rick & Cheryl Butler. Because your son played in the Sports Performance Volleyball program between the years of 2013 & 2018 it is important that you understand that you are now a part of the lawsuit as a member of the class.

After receiving the notice of the class action lawsuit, you can choose do nothing and you will remain as a member of the class and a plaintiff in the lawsuit against Sports Performance/GLV Inc. and Rick & Cheryl Butler.

If you choose to not be part of the lawsuit against Sports Performance/GLV Inc. and Rick & Cheryl Butler you must send a letter to the class administrator before April 19th, 2019 and tell them you want to opt out and have your name removed from the lawsuit.

More information on how to proceed is included in your notice from the class administrator.

 Regards,

[Quoted text hidden]

*Def. Motion for Clarification,   3*

From: **Zachary Ceresa** <zceresa@gmail.com>
Date: Thu, Apr 4, 2019 at 2:53 PM
Subject: Re: SPVB Class Action Lawsuit
To: troy gilb <troy@greatlakescenter.com>

I never received a notice of a class action. Would you please send me the class administrator's email address so I can opt out of all action?

On Wed, Mar 20, 2019 at 5:08 PM troy gilb <troy@greatlakescenter.com> wrote:
> Dear SPVB Boys Parents & Players,
>
> If you haven't already, you will probably be receiving a notice of a class action lawsuit against Sports Performance Volleyball/GLV Inc. and Rick & Cheryl Butler. Because your son played in the Sports Performance Volleyball program between the years of 2013 & 2018 it is important that you understand that you are now a part of the lawsuit as a member of the class.
>
> After receiving the notice of the class action lawsuit, you can choose do nothing and you will remain as a member of the class and a plaintiff in the lawsuit against Sports Performance/GLV Inc. and Rick & Cheryl Butler.
>
> If you choose to not be part of the lawsuit against Sports Performance/GLV Inc. and Rick & Cheryl Butler you must send a letter to the class administrator before April 19th, 2019 and tell them you want to opt out and have your name removed from the lawsuit.
>
> More information on how to proceed is included in your notice from the class administrator.
>
> Regards,
>
> [Quoted text hidden]

**David Rank** <rankdave@yahoo.com>     Tue, Mar 19, 2019 at 8:34 PM
To: Cheryl Butler <cheryl@greatlakescenter.com>

And sorry to email again but Dana got this in her Junk email so she would have never seen it if she wasn't an ex 3rd grade teacher 😁. Not sure what to do about that but many may miss and miss the date to opt out.

Get Outlook for iOS

On Tue, Mar 19, 2019 at 8:28 PM -0500, "David Rank" <rankdave@yahoo.com> wrote:

> Fyi, its crap they make it so difficult to opt out. Make sure your attornies are aware. A simple email address would help but we will write and send the letter. Sorry to vent 😀
>
> Dave
> Get Outlook for iOS
>
> ---
>
> **From:** Dana Rank <danarank@sbcglobal.net>
> **Sent:** Tuesday, March 19, 2019 12:37 PM
> **To:** rankdave@yahoo.com
> **Subject:** Fwd: Legal Notice of Sports Performance Class Action Lawsuit
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Sports Performance Class Action Administrator" <DoNotReply@SportsPerformanceLawsuit.com>
>> **Date:** March 19, 2019 at 12:01:57 PM CDT
>> **To:** MORGAN RANK <danarank@sbcglobal.net>
>> **Subject: Re: Legal Notice of Sports Performance Class Action Lawsuit**
>> **Reply-To:** DoNotReply@SportsPerformanceLawsuit.com
>>
>> **If you paid money to GLV, Inc. d/b/a Sports Performance VolleyballClub for youth volleyball instruction through the Sports Performance program in Illinois between February 27, 2013 and January 10, 2018, a classaction lawsuit may affect your rights.**
>>
>> *A Federal Court authorized this Notice. You are not being sued. This is not a solicitation from a lawyer.*
>>
>> **Why am I receiving this?** Records indicate that you may be affected by a class action lawsuit. The lawsuit is known as *Mullen v. GLV, Inc., et al.*, Case No. 1:18-cv-01465 (U.S. District Court, Northern District of Illinois). The Court decided this lawsuit should be a class action on behalf of a "Class" of people that may include you. This Notice summarizes your rights and options before any decision on whether Plaintiff or Defendants are right. More information can be found at www.SportsPerformanceLawsuit.com. As a Class Member, you have to decide now whether to stay a Class Member and be bound by the outcome of the lawsuit, whatever it ends up being, or instead to exclude yourself from the lawsuit and keep your right to separately sue Defendants. **There is no money available now, and no guarantee that there will be.**
>>
>> **What is the case about?** The case claims that GLV, Inc. d/b/a Sports Performance Volleyball Club, Rick Butler, and Cheryl Butler ("Defendants") violated the law by failing to disclose and concealing sexual abuse of teenage girls by Rick Butler in the 1980s. Defendants strongly deny those allegations and deny that they violated any law. The Court has not decided who is right. If the case is not resolved through legal motions or settled, the Plaintiff will have to prove these claims at a trial.
>>
>> **Am I part of the Class?** You're part of the Class if you paid money to Defendants for youth volleyball instruction through the Sports Performance program provided by or through GLV, Inc. in the State of Illinois between February 27, 2013 and January 10, 2018.

*Def. Motion for Clarification,*    5

**Who represents me?** The Court has appointed lawyers from the law firm Edelson PC to represent you as "Class Counsel." You do not haveto pay Class Counsel or anyone else to participate. Class Counsel is representing Plaintiff and the Class on a *pro bono* basis. The lawyerswill not seek attorneys' fees if they are ultimately successful in the litigation, or if they are awarded fees by the Court, they will donatethe fees to charity. If you want to be represented by your own lawyer in this case, you may hire one at your expense. The Court appointed Laura Mullenas the "Class Representative." Ms. Mullen had two daughters in the Sports Performance program.

**What are my options?** You have a choice of whether tostay a Class Member or not, and you must decide this now.
      **1. Stay in the Class.** If youstay a Class Member, you will be bound by all orders and rulings of the Court and/or jury, and you won't be able to separately sue or continueto separately sue Defendants about the issues in this lawsuit. If money or benefits are obtained, you will be notified about how to receive a share.If you choose to stay a Class Member, you don't need to do anything now.
      **2. Opt out of the Class.** You mayexclude yourself from the Class by sending a letter to the Sports Performance Class Action Administrator at the address listed below by no later than**April 19, 2019**, saying you want to be excluded from the lawsuit. Include your name, email address, address, telephone number, andsignature. If you exclude yourself, you will not get any money orbenefits from the lawsuit if they are awarded, but you keep any rights you may have to sue Defendants over the legal issues in the case.

**How do I get more information?** For more information, visit www.SportsPerformanceLawsuit.com. Or you can contact the Sports Performance Class ActionAdministrator at (866) 477-2107 or P.O. Box 404000, Louisville, KY 40233-4000 or call Class Counsel at (312)589-6370.

This message was intended for: danarank@sbcglobal.net
You were added to the system March 18, 2019.
For more information click here. Update your preferences
Unsubscribe | Unsubscribe via email

**Susan Meeks** <susanmeeks22@att.net>  
To: "cheryl@greatlakescenter.com" <cheryl@greatlakescenter.com>

Tue, Mar 19, 2019 at 1:08 PM

Cheryl,
This went to my junk email and when I opened to save in "in box" there is no content when I open.

Sue Meeks

Sent from my iPhone

---

**Sports Perfor...** 12:02 PM >
Re: Legal Notice of Sports...
This message has no content.   **IMG_2938.PNG**
                                137K

● **Amazon.com**  11:42 AM >
Introducing a new way to s

*Def. Motion for Clarification,* 7



WED AT 6:10 AM

Hi there. I received that RIDICULOUS email today about the class action lawsuit. I am so very sorry people will not leave you and Rick alone. I am happy to write a letter or make any public statement you would like about our incredible experience with SPRI. I will be recusing us from that lawsuit and I will pray for those PATHETIC people. Stay strong and we support you

Thank you for opting out and telling them why.

Thank you!!!!!!!



     Aa  

From: <joy.vest@comcast.net>
Date: Thu, Mar 21, 2019 at 3:30 PM
Subject: Re: SPVB Class Action Lawsuit
To: troy gilb <troy@greatlakescenter.com>

Troy,
We have received no information on the lawsuit. Do you have a contact for the administrator so we can find out what we're being included in as well as additional detail?

Joy Fernandez De La Reguera
Joy.vest@comcast.net
630-544-8975



------ Original Message ------

From: troy gilb
To: troy gilb
Sent: March 20, 2019 at 3:08 PM
Subject: SPVB Class Action Lawsuit

Dear SPVB Boys Parents & Players,

If you haven't already, you will probably be receiving a notice of a class action lawsuit against Sports Performance Volleyball/GLV Inc. and Rick & Cheryl Butler. Because your son played in the Sports Performance Volleyball program between the years of 2013 & 2018 it is important that you understand that you are now a part of the lawsuit as a member of the class.

After receiving the notice of the class action lawsuit, you can choose do nothing and you will remain as a member of the class and a plaintiff in the lawsuit against Sports Performance/GLV Inc. and Rick & Cheryl Butler.

If you choose to not be part of the lawsuit against Sports Performance/GLV Inc. and Rick & Cheryl Butler you must send a letter to the class administrator before April 19th, 2019 and tell them you want to opt out and have your name removed from the lawsuit.

More information on how to proceed is included in your notice from the class administrator.

Regards,

Troy Gilb
SPVB Boys Director
Vice President of Operations

Sports Performance Volleyball
579 N. Oakhurst Drive
Aurora, IL  60502
630-898-6400

*Def. Motion for Clarification,   9*

From: **Lois Hitchcock** <lmhitch@aol.com>
Date: Wed, Mar 20, 2019 at 7:41 PM
Subject: Re: SPVB Class Action Lawsuit
To: <troy@greatlakescenter.com>

Troy - thanks for the heads up - ours was in spam - I would not have found it otherwise.  Lois Hitchcock

-----Original Message-----
From: troy gilb <troy@greatlakescenter.com>
To: troy gilb <troy@greatlakescenter.com>
Sent: Wed, Mar 20, 2019 5:08 pm
Subject: SPVB Class Action Lawsuit

Dear SPVB Boys Parents & Players,

If you haven't already, you will probably be receiving a notice of a class action lawsuit against Sports Performance Volleyball/GLV Inc. and Rick & Cheryl Butler. Because your son played in the Sports Performance Volleyball program between the years of 2013 & 2018 it is important that you understand that you are now a part of the lawsuit as a member of the class.

After receiving the notice of the class action lawsuit, you can choose do nothing and you will remain as a member of the class and a plaintiff in the lawsuit against Sports Performance/GLV Inc. and Rick & Cheryl Butler.

If you choose to not be part of the lawsuit against Sports Performance/GLV Inc. and Rick & Cheryl Butler you must send a letter to the class administrator before April 19th, 2019 and tell them you want to opt out and have your name removed from the lawsuit.

More information on how to proceed is included in your notice from the class administrator.

Regards,

*Troy Gilb*
**SPVB Boys Director**
**Vice President of Operations**

**Sports Performance Volleyball**
579 N. Oakhurst Drive
Aurora, IL  60502
630-898-6400