IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual,<br><br>*Defendants.* | Case No. 18-cv-1465<br><br>Honorable Matthew F. Kennelly |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO ALL OUTSTANDING DISCOVERY REQUESTS

Defendants GLV, Inc., ("GLV") Ricky Butler ("Rick"), and Cheryl Butler ("Cheryl") by and through their counsel, Danielle D'Ambrose of D'Ambrose P.C., respectfully request that this Court enter an Order extending Defendants' deadline to respond to all outstanding discovery to May 30, 2019 and, in support thereof, state as follows:

1. On March 14, 2019, Defendants produced their supplemental discovery responses to Plaintiff's First Set of Interrogatories to Rick Butler, First Set of Interrogatories to Rick Butler, First Set of Requests to Produce Documents and Things Directed to All Defendants.

2. On March 14, 2019, approximately 5 hours after Defendants produced their supplemental discovery responses, Plaintiff requested a meet and confer claiming that portions of Defendants' discovery responses and production were deficient. Defendants agreed to provide certain supplemental responses by April 22, 2019.

3. On March 22, 2019, Plaintiff issued a Third Set of Requests to Produce Documents and Things Directed to All Defendants and Their Counsel. This Honorable Court ordered Defendants to produce responsive documents on an expedited deadline of April 11, 2019.

4. On March 29, 2019, Plaintiff requested that Defendants supplement their responses to Plaintiff's Limited Interrogatory No. 1 directed to all Defendants (which was served on April 17, 2018), and Interrogatory No. 5 directed to Cheryl Butler (which was served on May 7, 2018).

5. On March 29, 2019, Plaintiff's issued a Fourth Set of Requests to Produce directed to all Defendants, a Fourth Set of Interrogatories directed to Defendant GLV, a Third Set of Interrogatories directed to Rick Butler, and a Second Set of Interrogatories directed to Cheryl Butler.

6. On April 2, 2019 Plaintiff's issued a First Set of Requests to Admit directed to Defendants GLV, Inc. and Rick Butler. There are 117 Requests to Admit directed to Rick Butler and an additional 17 to GLV.

7. On April 12, 2019 and April 16, 2019, Plaintiff requested that Defendants provide supplemental responses to Plaintiff's Third Set of Requests to Produce Documents and Things Directed to All Defendants and Their Counsel, including all responsive Documents and Communications through the present time.

8. The unreasonable manner in which Plaintiff continuously issues sets of discovery requests and, almost immediately, demands supplemental responses has created an unmanageable state of outstanding written discovery.

9. Moreover, due to Plaintiff's actions with regard to written discovery, Defendants have been in a near-constant state of answering discovery and producing documents. The

supplemental discovery and the answers to Plaintiff's recently-issued discovery overlap in the types of information and documents requested or relied upon.

10. Additionally, Defendants request additional time to respond to outstanding discovery because the documents which require review are almost all in hard-copy form and include lengthy transcripts and prior court files which require review.

11. Fact discovery does not close until August 26, 2019, so this request is not likely to cause any delay in the discovery schedule.

12. In accordance with Local Rule 37.2, counsel for Defendants emailed Plaintiff's attorneys prior to the filing of this Motion, however, it was done so at a late hour. Defendants have scheduled two other matters for presentment on Tuesday, April 23, 2019, and sought to present this Motion on the same day. Defense counsel will continue to meet and confer with Plaintiff's attorneys leading up to the presentation of this Motion.

WHEREFORE, Defendants request that this Honorable Court enter an Order extending Defendants' deadline to respond to all outstanding discovery to May 30, 2019 and for any other relief this Court deems reasonable and just.

Dated: April 18, 2019

                                        Respectfully Submitted,
                                        GLV, INC., RICK BUTLER, and
                                        CHERYL BUTLER

                                 By: */s/ Danielle D'Ambrose*
                                        One of Their Attorneys

Danielle D'Ambrose
D'AMBROSE P.C.
500 North Michigan Avenue, Suite 600
Chicago, IL 60611
P: (312) 6396-4121 | F: (312) 574-0924
Danielle@DambrosePC.com
ARDC No. 6323782

*Attorney for Defendants*

**CERTIFICATE OF DELIVERY**

The undersigned, an attorney, certifies that pursuant to Section X (E) of the General Order on Electronic Case Filing for the Northern District of Illinois, service of the above and foregoing document on all attorneys of record was accomplished through the Court's Electronic Notice for Registrants on April 18, 2019.

                                                      */s/ Danielle D'Ambrose*