## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Laura Mullen
                Plaintiff,

v.                                              Case No.: 1:18−cv−01465
                                                                  Honorable Matthew F. Kennelly

GLV, Inc, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 4/23/2019. Motion to clarify [130] is granted; clarification as stated in open court. Motion for extension of time [132] is granted. Deadline for defendants production of certain supplemental documents is extended to 5/3/2019. Motion for reconsideration [128] is terminated as moot. Proposed confidentiality order is modified as stated in open court; revised version to be submitted to Judge Kennellys proposed order email address. The 4/24/2019 status hearing is vacated. Status hearing remains set for 5/8/2019 at 9:30 a.m. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.