# Exhibit L

**From:** R B <rcbm123@hotmail.com>
**Sent:** Friday, July 31, 2015 10:49 PM
**To:** a@gmail.com
**Subject:** RE:

Thank you for the email.  Glad to hear the summer and your training is going well.  I very much appreciate your kind words.  My gut feeling is that you should stay where you are.  It seems like you have a lot going for you and I believe that Sports Performance is a place that you REALLY have want to be a part of. If you're not feeling that then you shouldn't make the switch back.  Ultimately, your happiness with your situation is the most important thing.  I wish you all the best.

Warmest regards
Rick

---

Date: Fri, 31 Jul 2015 13:58:07 -0500
Subject:
From: a@gmail.com
To: Rcbm123@hotmail.com

Hi Rick,

I am sorry my decision is taking so long, for me it is a tough one. I will have made it by the end of August.

I have been doing jump training at Proforce, which has already improved my vertical. I will continue going there through the high school season.

It is unfortunate to hear about all of the bad press, but I support you and Cheryl.

Best Regards,

A M