Exhibit U

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | |
| v. | Case No. 18-cv-1465 |
| GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual, | Honorable Matthew F. Kennelly |
| *Defendants.* | |

<u>**DECLARATION OF ERIK VOGT**</u>

Pursuant to 28 U.S.C. § 1746, I, Erik Vogt, hereby declare and state as follows:

1.      I am an adult over the age of 18 and a resident of the State of Illinois, and I have personal knowledge of the matters contained herein and am competent to make this Declaration.

2.      I am employed by GLV, Inc. as a volleyball coach, and I am also the Girls Recruiting Coordinator, BestVolleyballVideos Director, and Social Media Manager.

3.      Attached hereto are true and accurate copies of certain email exchanges in which I participated, using my email address: Erik@greatlakescenter.com.

I declare under penalty of perjury that the foregoing in true and correct.

Date:   May 25, 2019

_____
Erik Vogt