Exhibit W

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual,<br><br>*Defendants.* | Case No. 18-cv-1465<br><br>Honorable Matthew F. Kennelly |

## DECLARATION OF CLAUDINE DALE

Pursuant to 28 U.S.C. § 1746, I, Claudine Dale, hereby declare and state as follows:

1. I am an adult over the age of 18 and a resident of the State of Illinois, and I have personal knowledge of the matters contained herein and am competent to make this Declaration.

2. I am employed by GLV, Inc. as a volleyball coach and an office administrator.

3. Attached hereto are true and accurate copies of certain email exchanges in which I participated, using my email address: Claudine@greatlakescenter.com.

I declare under penalty of perjury that the foregoing in true and correct.

Date: May 25, 2019

_____
Claudine Dale