IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual,<br><br>*Defendants.* | Case No. 18-cv-1465<br><br>Honorable Matthew F. Kennelly |

**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE
AND CROSS-MOTION FOR SANCTIONS IN EXCESS OF 15 PAGES**

Defendants, GLV, Inc. d/b/a Sports Performance Volleyball Club and Great Lakes Center ("GLV"), Rick Butler ("Rick"), and Cheryl Butler ("Cheryl"), pursuant to Local Rule 7.1, respectfully move this Court for leave to file Response to Plaintiff's Motion for Sanctions and Defendants' Cross-Motion for Sanctions in excess of fifteen (15) pages but not to exceed 26 pages. In support of this Motion, Defendants states as follows:

1. Local Rule 7.1 provides that a brief in support of any motion shall not exceed fifteen pages without prior approval of the court.

2. Good cause exists to grant this Motion, and the relief requested herein is not sought for any improper purpose.

3. On June 25, 2019, Defendants filed a motion to extend the deadline to respond to Plaintiff's Motion for Sanctions by 24 hours. Defendants' response was due yesterday, June 25, 2019.

4. Defendants made a good faith effort to present their arguments in a concise manner, however, Plaintiff's Motion for Sanctions was 15 pages long and required Defendants to address nearly 30 excerpts from emails she claims were improper. Moreover, Defendants present additional arguments in support of their Cross-Motion for Sanctions.

5. Defendants' Response to Plaintiff's Motion for Sanctions and Cross-Motion for Sanctions, is attached hereto as Exhibit 1, and is 26 pages in total. As such, Defendants respectfully request that the Court permit them to file an oversized brief of no more than 26 pages.

6. In accordance with Local Rule 37.2, counsel for Defendants emailed Plaintiff's attorneys prior to the filing of this Motion. However, Plaintiff's attorneys did not consent.

7. For all of the foregoing reasons, Defendants respectfully request that this Court enter an Order granting them leave to file their Response to Plaintiff's Motion for Sanctions and Defendants' Cross-Motion for Sanctions in excess of fifteen (15) pages, and granting any other relief that this Court deems just and proper.

Date: June 26, 2019

                                              Respectfully Submitted,
                                              GLV, INC., RICK BUTLER, and
                                              CHERYL BUTLER

                                      By: */s/ Danielle D'Ambrose*
                                              One of Their Attorneys

Danielle D'Ambrose
D'AMBROSE P.C.
500 North Michigan Avenue, Suite 600
Chicago, IL 60611
P: (312) 396-4121 | F: (312) 574-0924
Danielle@DambrosePC.com
ARDC No. 6323782

*Attorney for Defendants*

**CERTIFICATE OF DELIVERY**

The undersigned, an attorney, certifies that pursuant to Section X (E) of the General Order on Electronic Case Filing for the Northern District of Illinois, service of the above and foregoing document on all attorneys of record was accomplished through the Court's Electronic Notice for Registrants on June 26, 2019.

/s/ Danielle D'Ambrose