UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Laura Mullen

            Plaintiff,

v.                                        Case No.: 1:18−cv−01465
                                               Honorable Matthew F. Kennelly

GLV, Inc, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 5, 2019:

       MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion for a one−day extension of time [157] is granted. Defendants' motion for leave to file a combined response to plaintiffs' motion for sanctions and a cross−motion totaling 26 pages [160] is denied. If defendants want to file a motion for sanctions, they must do so via a document separate from their response to plaintiffs' motion. They are given leave to file an 18−page response to plaintiffs' motion for sanctions, but it must be on file by 5:00 pm on July 8, 2019. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.