# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Laura Mullen

              Plaintiff,

v.                                           Case No.: 1:18−cv−01465

                                               Honorable Matthew F. Kennelly

GLV, Inc, et al.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 7/9/2019. Plaintiff's motion pursuant to Fed. R. Civ.P.56(d) [154] is granted in part; plaintiff is entitled to take the depositions of affiants on the matters discussed in the affidavits by 8/14/2019. The 8/6/2019 discovery deadline is vacated. Response to motion for summary judgment [144] due by 9/4/2019; replies due by 9/18/2019. Status hearing set for 8/13/2019 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.