IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual, <br><br> *Defendants*. | Case No. 1:18-cv-1465 <br><br> Honorable Matthew F. Kennelly |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT IN EXCESS OF FIFTEEN PAGES**

Plaintiff, Laura Mullen ("Plaintiff"), pursuant to Local Rule 7.1, respectfully moves this Court for leave to file her response memorandum in opposition to Defendants' motion for summary judgment in excess of fifteen (15) pages, but not to exceed 35 pages. In support of this Motion, Plaintiff states as follows:

1. On May 28, 2019, Defendants filed their 29-page memorandum in support of their motion for summary judgment.[1] (Dkt. 146-1.)

2. Plaintiff's response in opposition to Defendants' summary judgment motion is due on September 4, 2019. (Dkt. 166.)

3. Local Rule 7.1 provides that a brief in opposition to any motion shall not exceed fifteen pages without prior approval of the court.

---

[1] Defendants' memorandum does not contain a factual background section, but rather points the Court to its 17-page Local Rule 56.1 Statement of Facts.

4.      Although Plaintiff will earnestly try to present her arguments relevant to opposing Defendants' summary judgment motion in a concise manner, given the numerous arguments upon which Defendants seek summary judgment and the necessary accompanying analysis, Plaintiff reasonably anticipates that the response in opposition to Defendants' summary judgment motion must exceed 15 pages in order to address the relevant factual and legal issues.

5.      In total, Plaintiff's response in opposition to Defendants' motion for summary judgment is not expected to exceed 35 pages. As such, Plaintiff respectfully requests that the Court permit her to file an oversized brief of no more than 35 pages.

6.      Good cause exists to grant this Motion, and the relief requested herein is not sought for any improper purpose.

7.      Plaintiff's counsel reached out to defense counsel via e-mail to inquire as to whether Defendants oppose the instant Motion, but did not receive a response prior to the time of filing.

WHEREFORE, Plaintiff Laura Mullen respectfully requests that this Court enter an Order: (1) granting her leave to file a response memorandum in opposition to Defendants' motion for summary judgment in excess of 15 pages, but not to exceed 35 pages; and (2) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**LAURA MULLEN,** individually and on behalf of the class of similarly situated individuals,

Dated: August 29, 2019

By: s/ Sydney M. Janzen
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Eve-Lynn J. Rapp

erapp@edelson.com
Christopher L. Dore
cdore@edelson.com
Alfred K. Murray II
amurray@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

   I, Sydney M. Janzen, an attorney, hereby certify that on August 29, 2019, I served the above and foregoing ***Plaintiff's Motion for Leave to File her Response in Opposition to Defendants' Motion for Summary Judgment in Excess of Fifteen Pages***, by causing a true and accurate copy of such document to be filed and transmitted to all counsel of record via the Court's EM/ECF electronic filing system.

                      s/ Sydney M. Janzen