IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual,<br><br>*Defendants*. | Case No. 1:18-cv-1465<br><br>Honorable Matthew F. Kennelly |

**MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to Local Rule 83.17, Plaintiff Laura Mullen respectfully moves this Court to grant Sydney M. Janzen leave to withdraw as counsel of record for Plaintiff and the Class in the above-captioned matter. In support of this Motion, Plaintiff states as follows:

1. As of February 28, 2020, attorney Sydney M. Janzen will no longer be working with the law firm Edelson PC, which represents Plaintiff and the Class in this matter. As such, Ms. Janzen seeks leave to withdraw her appearance on behalf of Plaintiff and the Class.

2. Although Ms. Janzen will no longer be working with Edelson PC and will no longer represent Plaintiff and the Class in this action, Plaintiff and the Class will continue to be represented by other attorneys at Edelson PC, including Jay Edelson, Eve-Lynn J. Rapp, Christopher L. Dore, and Alfred K. Murray II. Therefore, Plaintiff and the Class will not be prejudiced by Ms. Janzen's withdrawal.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting Ms. Janzen leave to withdraw her appearance as one of the attorneys of record for Plaintiff and the Class.

Respectfully submitted,

**LAURA MULLEN,** individually and on behalf of the class of similarly situated individuals,

Dated: February 25, 2020

By: s/ Sydney M. Janzen
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Eve-Lynn J. Rapp
erapp@edelson.com
Christopher L. Dore
cdore@edelson.com
Alfred K. Murray II
amurray@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2020, I served the above and foregoing by causing a true and accurate copy of such document to be filed and transmitted to all counsel of record via the Court's EM/ECF electronic filing system.

                                                      _s/ Sydney M. Janzen_