## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Laura Mullen, individual and on behalf of all others similarly situated, | ) ) | |
| Plaintiff, | ) | Case No: 18 C 1465 |
| | ) | |
| v. | ) | |
| | ) | Judge Kennelly |
| GLV, Inc., et al., | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated below, the Court directs the Clerk to enter judgment dismissing the case and also directs the Clerk to terminate this case as a pending case. Defendants are directed to file a response to plaintiff's fee petition [192] regarding the previously-entered sanctions order by October 5, 2020, and plaintiff is directed to file a reply to the response by October 15, 2020. Plaintiff is directed to file a response to defendants' motion for sanctions [203] by October 5, 2020, and defendants are directed to file a reply to the response by October 15, 2020.

## STATEMENT

After certifying a plaintiff class, the Court granted summary judgment in favor of defendants on counts 1, 4, 5, and part of count 3 of plaintiffs' complaint. On counts 2, 6, and the rest of count 3, the Court granted summary judgment in favor of defendants on the class representative's individual claim but not as to the class as a whole. The Court gave plaintiff time to substitute a class representative who could maintain viable claims under the remaining counts. Plaintiff has filed a status report stating that she "does not intend to substitute a class representative and respectfully requests that the Court enter judgment for purposes of appeal." Dkt. 195 at 1. The Court therefore directs the Clerk to enter judgment dismissing the case in its entirety. The remaining matters involve attorney's fees and proposed sanctions, which are collateral to the merits. The Clerk is therefore directed to terminate the case as a pending case. The Court herein sets a schedule on the remaining post-judgment matters.

MATTHEW F. KENNELLY
United States District Judge

Date: September 15, 2020