IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAURA MULLEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GLV, INC., d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, an Illinois corporation, RICKY BUTLER, an individual, and CHERYL BUTLER, an individual,<br><br>*Defendants*. | Case No. 1:18-cv-1465<br><br>Honorable Matthew F. Kennelly |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS

Plaintiff Laura Mullen respectfully requests leave to file a brief containing up to five additional pages of content, beyond the fifteen-page limit, to respond to Defendants' Motion and Incorporated Memorandum for Sanctions Against Plaintiff and Her Attorneys (the "Motion") filed by Defendants GLV, Inc., Great Lakes Center, Ricky Butler, and Cheryl Butler. In support thereof, she states:

1. Defendants' Motion is fifty pages long. (Dkt. 203.) It contains hundreds of pages of exhibits. (*See generally id.*)

2. Plaintiff has worked, and will continue to work, to respond to the various arguments raised in the Motion efficiently, and in far less space than used by Defendants. Still, she does not anticipate that she will be able to meet Local Rule 7.1's fifteen-page limitation while responding to the content of Defendants' Motion.

WHEREFORE, Plaintiff respectfully requests that she be granted leave to file a response

to Defendants' Motion containing up to twenty pages of substance. Plaintiff will continue to endeavor to use fewer pages, to the extent possible.

                              Respectfully submitted,

                              **LAURA MULLEN,** individually and on behalf of a class of similarly situated individuals,

Dated: October 2, 2020                  By: /s/ J. Eli Wade-Scott
                                                One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Ryan D. Andrews
randrews@edelson.com
Eve-Lynn J. Rapp
erapp@edelson.com
Christopher L. Dore
cdore@edelson.com
Alfred K. Murray II
amurray@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Class*