# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 23, 2022

Before
FRANK H. EASTERBROOK, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*

| No. 20-3021 | LAURA MULLEN,<br>            Plaintiff - Appellant<br><br>v.<br><br>GLV, INC.; RICK BUTLER; AND CHERYL BUTLER,<br>            Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-01465<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*signature*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)