# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

February 5, 2024

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before
JOEL M. FLAUM, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 22-2944 | LAURA MULLEN, individually and on behalf of all others similarly situated,<br>       Plaintiff - Appellee<br><br>v.<br><br>RICKY BUTLER, et al.,<br>       Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-01465<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The district court did not abuse its discretion or clearly err in sanctioning the Butlers and their attorney or in declining to sanction Mullen. For these reasons, we **AFFIRM** the district court in full, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)